# CONNELL FOLEY LLP
## ATTORNEYS AT LAW

85 LIVINGSTON AVENUE
ROSELAND, N.J. 07068-3702
(973) 535-0500
FAX: (973) 535-9217

JERSEY CITY OFFICE
HARBORSIDE FINANCIAL CENTER
2510 PLAZA FIVE
JERSEY CITY, N.J. 07311-4029
(201) 521-1000
FAX: (201) 521-0100

NEW YORK OFFICE
888 SEVENTH AVENUE
NEW YORK, N.Y. 10106
(212) 262-2390
FAX: (212) 262-0050

PHILADELPHIA OFFICE
1500 MARKET STREET
PHILADELPHIA, PA 19102
(215) 246-3403
FAX: (215) 665-5727

PLEASE REPLY TO ROSELAND,

JOHN A. PINDAR (1969)
GEORGE W. CONNELL (2005)
ADRIAN M. FOLEY, JR.
GEORGE J. KENNY*
KENNETH F. KUNZMAN
SAMUEL D. LORD
RICHARD D. CATENACCI
RICHARD J. BADOLATO*
PETER D. MANAHAN
JOHN B. MURRAY
MARK L. FLEDER
KEVIN J. COAKLEY
WILLIAM H. GRAHAM'
THOMAS S. COSMA
KATHLEEN S. MURPHY
PATRICK J. MCAULEY
PETER J. PIZZI*†
KEVIN R. GARDNER
ROBERT E. RYAN
MICHAEL X. MCBRIDE*
JEFFREY W. MORYAN
JOHN K. BENNETT
PETER J. SMITH*
BRIAN G. STELLER
PHILIP F. MCGOVERN, JR.
KAREN PAINTER RANDALL
LIZA M. WALSH
JOHN P. LACEY
TIMOTHY E. CORRISTON*
ERNEST W. SCHOELLKOPFF'
PATRICK J. HUGHES'*
JAMES C. MCCANN*
JOHN D. CROMIE
ANGELA A. IUSO*
GLENN T. DYER

CLARENCE SMITH, JR.*
WILLIAM T. MCGLOIN*
BRENDAN JUDGE
CHARLES J. HARRINGTON III*
DAREN S. MCNALLY*
STEPHEN V. FALANGA*
JEFFREY L. O'HARA
TRICIA O'REILLY*
ANTHONY F. VITIELLO*
MARC D. HAEFNER
JONATHAN P. MCHENRY
JAMES P. RHATICAN*†
MATTHEW W. BAUER*
JOSEPH C. DEBLASIO
BRAD D. SHALIT*
W. NEVINS MCCANN*
THOMAS J. O'LEARY*
MITCHELL W. TARASCHI

COUNSEL
JOHN W. BISSELL
JOHN B. LA VECCHIA
VIRGINIA M. EDWARDS*
FRANCIS E. SCHILLER*
EUGENE P. SQUEO*
BERNARD M. HARTNETT, JR.'
NOEL D. HUMPHREYS*
ANTHONY ROMANO II*
STEVE BARNETT*
KARIN I. SPALDING*
JODI ANNE HUDSON*
CORNELIUS J. O'REILLY*
RICHARD A. JAGEN
NANCY A. SKIDMORE*
THOMAS M. SCUDERI*

ELIZABETH M. TRANTINA*
M. TREVOR LYONS*
CRAIG S. DEMARESKI*
ELIZABETH W. EATON
JOSEPH M. MURPHY
JASON E. MARX*
MICHAEL A. SHADIACK
OWEN C. MCCARTHY
PATRICIA A. LEE*†
DOUGLAS J. SHORT*
JAMES M. MERENDINO
MICHELE T. TANTALLA*
AGNES ANTONIAN*
BRYAN P. COUCH*
GREGORY E. PETERSON
HECTOR D. RUIZ*
NEIL V. MODY*
ROBERT A. VERDIBELLO*
MICHAEL J. ACKERMAN*
MELISSA A. ZAWADZKI*
MEGHAN C. GOODWIN*
MATTHEW S. SCHULTZ*
JENNIFER C. CRITCHLEY*
PATRICK S. BRANNIGAN*
MATTHEW I. GENNARO
DANIELA R. D'AMICO*
DANIA BILLINGS MURPHY*
CHRISTINE I. GANNON*

JOSE VILARINO
PHILIP W. ALLOGRAMENTO, III*
CATHERINE G. BRYAN'
JAMES C. HAYNIE*
LAURIE B. KACHONICK*
MICHAEL D. RIDENOUR
MEGAN M. ROBERTS*
ANDREW C. SAYLES*
SARAH B. BLUMBERG'
STEPHEN D. KESSLER*
ADAM M. LUSTBERG*
CHRISTOPHER ABATEMARCO*
AARON M. BENDER
WILLIAM D. DEVEAU*
DANIEL B. KESSLER*
ILONA I. KORZHA*
CONOR F. MURPHY
MEGHAN B. BARRETT*
MELISSA T. ASTUDILLO*
NICOLE B. DORY*
PATRICK E. DURING
CHRISTIAN J. JENSEN
JOSEPH A. VILLANI, JR.
LEE B. WILSON
JENNIFER E. CONSTANTINOU
CHRISTOPHER M. HEMRICK
SUSAN KWIATKOWSKI
MONICA SETH

*ALSO ADMITTED IN NEW YORK
'ALSO ADMITTED IN PENNSYLVANIA

WRITER'S DIRECT DIAL

PLEASE REPLY TO ROSELAND, N.J.

May 19, 2008

Hon. Peter G. Sheridan, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Jr. Federal Building
 & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

*[Handwritten: So Ordered. Settlement Conference adjourned to May 30, 2008 at 10 AM. /s/ Peter Sheridan]*

Re: Kovacs vs. Rutgers, The State University, et al.
    Civil Action No. 05-2970 (PGS)

Dear Judge Sheridan:

    This firm represents the defendants in this action, and I am counsel of record. This will confirm a voicemail message I left this morning for Your Honor's Deputy Clerk, Dolores Hicks, that I am not available for a settlement conference on Thursday, May 22, 2008, as I am scheduled to speak at the NJSBA Annual Meeting and Convention in Atlantic City, in the "Labor and Employment Update" program on Thursday, May 22, 2008, from 10:00 to 11:30 a.m.

    Kindly also be advised that there is a settlement conference scheduled for June 11, 2008, before U.S. Magistrate Judge Esther Salas, that was previously scheduled in this matter.

1948637-01

Hon. Peter G. Sheridan, U.S.D.J.
May 19, 2008
Page 2

        We appreciate the Court's consideration.

                              Respectfully Yours,

                              CONNELL FOLEY LLP

                              John K. Bennett

JKB:rb

cc:    Gina Mendola Longarzo, Esq.