244 GREEN VILLAGE ROAD
MADISON, NEW JERSEY 07940

605 BLOOMFIELD AVENUE
WEST CALDWELL, NEW JERSEY 07006

## LAW OFFICES OF
## GINA MENDOLA LONGARZO, LLC
ADMITTED NJ & NY BARS

May 22, 2008

Re: John and Catherine Alana Kovacs v. Rutgers University et al.
   Docket No. 05-2970 (JCL)
   Our File No. 57LE-4040.046302

**Via Electronic Filing & Regular Mail**
Hon. Peter G. Sheridan, U.S.D.J.
Martin Luther King, Jr., Federal Building & Court House
50 Walnut Street
P.O. Box 419
Newark, NJ 07101 0419

Dear Judge Sheridan:

I am in receipt of the court's notice scheduling the Settlement Conference before Your Honor on May 30, 2008 in the above-captioned matter. However, I am scheduled to have oral surgery on that morning. I therefore respectfully request that the Settlement Conference be adjourned. My adversary has consented to this request.

The parties propose that the new date for the Settlement Conference be scheduled after June 11, 2008, as a conference is scheduled before Magistrate Salas, and we hope to make progress in coming to a resolution of this matter.

We shall contact the court to determine Your Honor's decision. We thank the court for its courtesy and attention to this matter.

So Ordered
[signature] Peter Sheridan
5/29/08

Respectfully submitted,

/s/ Gina Mendola Longarzo
GINA MENDOLA LONGARZO

GML:avw
Cc: John K. Bennett, Esq.
    Steven A. Varano, Esq.

T. 973.236.0700   F. 973.236.0701 · GINA@MENDOLALAW.COM · WWW.MENDOLALAW.COM